IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES E. WEST**  **PLAINTIFF**
*ADC #155992*

v.   CASE NO. 2:23-CV-00144-BSM

**ADRIAN MCKNIGHT,**
**Corporal, East Arkansas**
**Regional Unit,** *et al.*   **DEFENDANTS**

## ORDER

After careful review of the record, Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 5] is adopted. James West is allowed to proceed with his state law negligence claim and Eighth Amendment failure-to-protect claim against Adrian McKnight in his individual capacity; West's official capacity claims are dismissed based on sovereign immunity; West's corrective inaction and failure-to-train or supervise claims are dismissed, without prejudice, for failure to state a claim on which relief may be granted; and to the extent West alleged failure-to-protect against Allison, that claim is dismissed for failure to state a claim on which relief may be granted. The clerk is directed to terminate Allison and William Straughn as parties.

IT IS SO ORDERED this 16th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE