# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

JAMES E. WEST                                                                                    PLAINTIFF
ADC #155992

V.                               No. 2:23-CV-144-BSM-JTR

ADRIAN MCKNIGHT, Corporal,
East Arkansas Regional Unit                                                          DEFENDANT

## ORDER

On June 29, 2023, Plaintiff James E. West ("West"), a prisoner incarcerated in the East Arkansas Regional Unit of the Arkansas Division of Correction ("ADC"), filed a *pro se* § 1983 Complaint. *Doc. 2*. On October 16, 2023, United States District Judge Brian S. Miller accepted this Court's Recommendation that West be allowed to proceed with his Eighth Amendment failure-to-protect claims and state law negligence claim against Adrian McKnight in his individual capacity. *Doc. 6*. All other claims and Defendants were dismissed.[1] Accordingly, the Court will direct service on Defendant McKnight.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints, and to dismiss any claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(a) & (b).

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to prepare a summons for Defendant Adrian McKnight.

2. The United States Marshal is directed to serve the summons, Complaint (*Doc. 2*), and this Order through the ADC Compliance Division without requiring prepayment of fees and costs.[2]

SO ORDERED this 24th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] If McKnight is no longer an ADC employee, the individual responding to service must provide a <u>sealed</u> statement with McKnight's last known mailing address.