IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES E. WEST**                                                                          **PLAINTIFF**
*ADC #155992*

v.                      **CASE NO. 2:23-CV-00144-BSM**

**ADRIAN MCKNIGHT,**
**Corporal, East Arkansas**
**Regional Unit**                                                  **DEFENDANT**

## ORDER

After careful review of the record, Magistrate Judge Benecia B. Moore's recommended disposition [Doc. No. 18] is adopted, James West's motion for service [Doc. No. 17] is denied, and West's claim against Adrian McKnight is dismissed without prejudice due to a lack of service. It is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 19th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE