IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMES E. WEST**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
*ADC #155992*

v.　　　　　　　　　　**CASE NO. 2:23-CV-00144-BSM**

**ADRIAN MCKNIGHT,**
**Corporal, East Arkansas**
**Regional Unit**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE